BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:17-cr-00166-TMB |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO UNSEAL CASE** |
| DALTON NORMAN, | ) | |
| Defendant. | ) | |

COMES NOW United States of America, by and through undersigned counsel and hereby moves to unseal the above-captioned case. The need for sealing no longer exists in this matter.

The United States requested that this matter be sealed from December 8, 2017 until December 13, 2017. There no longer remains a reason to seal this case, however the United States respectfully requests that the December 8 hearing in this matter and any addenda remain under seal.

//

//

RESPECTFULLY SUBMITTED this 12th day of December, 2017, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney


*s/ Adam Alexander*
ADAM ALEXANDER
Assistant United States Attorney

Motion to Unseal
United States v. Norman
Page **2** of **2**  3:17-mj-00166-TMB
Case 3:17-cr-00166-TMB   Document 12   Filed 12/12/17   Page 2 of 2